Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 12–40086–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gerald Marcos Leon
aka Gerry M. Leon, aka Gerry Marcos Leon, aka Gerald Leon, aka Gerald M. Leon, aka Gerry Leon
41 Barn Owl Drive
Hackettstown, NJ 07840

Diana Jean Leon
aka Diana J Leon, aka Diana J. Leon, aka Diana Leon
41 Barn Owl Drive
Hackettstown, NJ 07840

Social Security No.:
 xxx–xx–6235                              xxx–xx–4507

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: May 11, 2018        Kathryn C. Ferguson
                           Judge, United States Bankruptcy Court